■ In the Matter of MA'KEEN ITHNA-SHARI, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed for reasons stated in memorandum decision at Supreme Court, Dadd, J. (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Boomer, Balio, Lawton and Davis, JJ.